| ENTITY | BILING START DATE | BILING END DATE | AMOUNT BILLED | AMOUNT PAID | FLORIDA CORPORATE RECORDS | CONNECTIONS | PATIENTS BILLED - OVERLAP WITH ORIGINAL 30 CLINICS |
|---|---|---|---|---|---|---|---|
| **Alivio Physical Therapy LLC** | 1/27/2021 | 3/1/2021 | $61,855.00 | $3,573.21 | • <u>Principle Address:</u> 2141 SW 1st Street, Suite 206D Miami, FL 33135 | • The address '2141 SW 1st Street Miami, FL 33135' is associated with the following seven clinics: Friend Rehabilitation Center LLC, Genesis Rehabilitation Center LLC, Mateo Rehabilitation Center LLC, Prado Rehabilitation Center LLC, San Judas Tadeo Physical Therapy Center LLC, Yemaya Medical Center LLC, Fenix Medical Center LLC.<br>• Patients interviewed physically placed **Fernandez, Delmas Garcia, and Prieto** at 2141 SW 1st Street. | 1 patient also billed by LDG Medical Center LLC |
| **Amber Physical Therapy Corp** | 12/11/2021 | 1/2/2022 | $42,330.00 | $0.00 | • <u>Principle Address:</u> 8100 W Flagler Street Suite 200 A Miami, FL 33144 | • The address '8100 W Flagler Street Miami, FL 33144' is associated with Amethyst Rehabilitation Center, Inc. | 1 patient also billed by Amethyst Rehabilitation Center Inc, Hernandez Medical Center LLC, LDG Medical Center LLC, Moros Massage Medical Center LLC<br>1 patient also billed by Amethyst Rehabilitation Center Inc, Boise Medical Center Inc<br>2 patients also billed by Amethyst Rehabilitation Center Inc |
| **Blue Moon Medical Center Inc** | 8/19/2022 | 10/7/2022 | $198,300.00 | $68,875.00 | • <u>Principle Address:</u> 7715 NW 48 Street, Suite 360 Doral, FL 33166<br>• <u>Registered Agent:</u> **Pedro H Prieto**<br>• <u>Initial Registered Agent</u> **Arisleidys Fernandez**<br>• <u>Initial Principal Address</u> 2141 SW 1st Street, Suite 206A Miami, FL 33135 | • **Fernandez and Prieto** were both listed as the company's Registered Agent.<br>• The address '7715 NW 48 Street Doral, FL 33166' is associated with the following three clinics: Boise Medical Center Inc, Fenix Medical Center, LLC, and Mateo Rehabilitation Center, LLC.<br>• The address '2141 SW 1st Street Miami, FL 33135' is associated with the following seven clinics: Friend Rehabilitation Center LLC, Genesis Rehabilitation Center LLC, Mateo Rehabilitation Center LLC, Prado Rehabilitation Center LLC, San Judas Tadeo Physical Therapy Center LLC, Yemaya Medical Center LLC, Fenix Medical Center LLC.<br>• Patients interviewed physically placed **Fernandez** at '2141 SW 1st Street.'<br>• Patients interviewed physically placed **Fernandez and Prieto** at '7715 NW 48 Street Doral, FL.'<br>• In a search warrant executed at **Fernandez's** residence on February 23, 2023, Agents located a box containing medical clinic files and patient files, including a folder labeled Blue Moon Medical Center Inc containing incorporation documents. | 1 patient also billed by Amethyst Rehabilitation Center Inc<br>1 patient also billed by Isaias Medical Center LLC, Yemaya Medical Center LLC<br>1 patient also billed by Fenix Medical Center LLC, Friend Rehabilitation Center LLC<br>1 patient also billed by Hope Rehabilitation Center LLC |
| **Canan Rehabilitation Center Inc** | 4/1/2022 | 11/10/2022 | $825,580.00 | $116,830.42 | • <u>Principle Address:</u> 1850 SW 8th Unit 312 Miami, FL 33155 | • The address '1850 SW 8th Street Miami, FL' is also associated with Mateo Medical Center Inc<br>• In a search warrant executed at Fernandez's residence on February 23, 2023, Agents located a box containing medical clinic files and patient files, including a folder labeled Canan Rehabilitation Center Inc which contained incorporation documents.      • An image seen on **Fernandez's** phone showed the email login for Canan Rehabilitation Center Inc | • 1 patient also billed by Isaias Medical Center LLC, Yemaya Medical Center LLC<br>• 1 patient also billed by Friend Rehabilitation Center LLC, Mateo Rehabilitation Center LLC<br>• 1 patient also billed by Fenix Medical Center LLC, Friend Rehabilitation Center LLC<br>• 1 patient also billed by Blue Diamond Rehabilitation Center LLC, Fenix Medical Center LLC, Mateo Rehabilitation Center LLC |
| **Genesis Medical Center Corp** | 1/11/2019 | 5/27/2020 | $1,577,325.00 | $658,839.65 | • <u>Principle Address:</u> 5653 SW 2nd Street Coral Gables, FL 33134 | • **Fernandez** received one Cash App payment for $300.00 from a Genesis Medical Center Corp JPMC account ending x9227.<br>• Gabriel Mejia's insurance was billed by Genesis Medical Center Corp.<br>• A patient whose insurance was billed by Genesis Medical Center Corp stated that he was recruited by **Fernandez** to go to a clinic in exchange for money and was paid approximately $5,000.00 by **Fernandez.**<br>• In a search warrant executed at Fernandez's residence on February 23, 2023, Agents located a box containing medical clinic files and patient files, including a loose paper referring to Genesis Medical Center Corp. | • 1 patient also billed by Amethyst Rehabilitation Center Inc, Elite Med Center Corp, LDG Medical Center, Pain Relief Center of Hialeah LLC, Phoenix Rehab Center Corp<br>• 1 patient also billed by Friend Rehabilitation, LDG Medical, Mateo Rehabilitation, San Judas Tadeo<br>• 1 patient also billed by Hernandez Medical Center LLC, Isaias Medical Center LLC, Love Massage Medical Center Inc, Moros Massage Medical Center LLC<br>• 2 patients also billed by Boise Medical Center Inc<br>• 1 patient also billed by Boise, Fernandez Medical Center LLC, LDG Medical, Love Massage<br>• 1 patient also billed by Pain Relief Center, Phoenix Rehab<br>• 1 patient also billed by Artemisa Rehab Center Corp, Hernandez Medical, Herrera Medical Center LLC, Mateo Rehabilitation, Onyx Medical Center LLC, San Judas Tadeo<br>• 1 patient also billed by Elite Med, Hernandez Medical, Lovely Medical, Malika Rehabilitation Center LLC, Pain Relief Center, Phoenix Rehab, Prado Rehabilitation Center LLC<br>• 1 patient also billed by Love Massage, Mateo Rehabilitation, Pain Relief Center<br>• 1 patient also billed by Elite Med, Lovely Medical, Pain Relief Center, Phoenix Rehab<br>• 1 patient also billed by Blue Diamond, Friend Rehabilitation, Pain Relief Center<br>• 1 patient also billed by Fenix Medical Center LLC, LDG Medical, Lovely Medical, Mateo Rehabilitation, Pain Relief Center, Phoenix Rehab<br>• 1 patient also billed by Amethyst, Hernandez Medical, LDG Medical, Moros Massage<br>• 1 patient also billed by Elite Med, Hernandez Medical, Herrera Medical Center LLC, Lovely Medical, Mateo Rehabilitation, Onyx Medical Center LLC, Pain Relief Center<br>• 1 patient also billed by Lovely Medical, Pain Relief Center<br>• 1 patient also billed by Boise Medical, Pain Relief Center, Yemaya Medical Center LLC      • 1 patient also billed by LDG Medical and San Judas Tadeo<br>• 1 patient also billed by Elite Med, Gregoria Medical Center Corp, Isaias Medical, Lovely Medical, Pain Relief Center, Yemaya Medical Center LLC |
| **Genesis Medical Center ...Corp** | 11/10/2022 | 11/23/2022 | $110,500.00 | $32,577.28 | • <u>Principle Address:</u> 7715 NW 48 Street Suite 360 Doral, FL 33166 | • The address '7715 NW 48 Street Doral, FL 33166' is associated with the following three clinics: Boise Medical Center Inc, Fenix Medical Center, LLC, and Mateo Rehabilitation Center, LLC.<br>• Patients interviewed physically placed **Fernandez** at '7715 NW 48th Street Doral, FL.' | • 1 patient also billed by Fenix Medical Center LLC, Friend Rehabilitation Center LLC |
| **Maravillas Rehabilitation Center, LLC** | 11/16/2021 | 4/20/2022 | $852,200.00 | $151,656.43 | • <u>Principle Address:</u> 7715 NW 48th Street Suite 350 Doral, FL 33166<br>• <u>Registered Agent:</u> **Arisleidys Fernandez** | • **Fernandez** is listed as the entity's Registered Agent.<br>• The address '7715 NW 48 Street Doral, FL 33166' is associated with the following three clinics: Boise Medical Center Inc, Fenix Medical Center, LLC, and Mateo Rehabilitation Center, LLC.<br>• Patients interviewed physically placed **Fernandez** at '7715 NW 48th Street Doral, FL.'<br>• In a search warrant executed at Fernandez's residence on February 23, 2023, Agents located a box containing medical clinic files and patient files, including a folder labeled Maravillas Rehabilitation Center containing incorporation documents, some of which referred to **Fernandez.** | • 1 patient also billed by Friend Rehabilitation Center LLC, LDG Medical Center LLC, Mateo Rehabilitation Center LLC, San Judas Tadeo Physical Therapy Center LLC<br>• 1 patient also billed by Prado Rehabilitation Center LLC<br>• 3 patients also billed by Fenix Medical Center LLC<br>• 1 patient also billed by Hope Rehabilitation Center LLC<br>• 1 patient also billed by Blue Diamond Rehabilitation Center LLC |



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20560-KMW

EXHIBIT NO. 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Mateo Medical Center, Inc** | 1/17/2022 | 11/30/2022 | $1,844,000.00 | $235,233.77 | • <u>Principle Address</u>: 1850 SW 8th Street Unit #312 Miami, FL 33134<br>• <u>Initial Principal Address</u> 395 SW 80th Ave Miami, FL 33144 | • '395 SW 80th Ave Miami, FL' is known to investigators as **Fernandez's** residence and patients interviewed physically placed **Fernandez** there.<br>• '395 SW 80th Ave Miami, FL' is associated with Fernandez Medical Center LLC.<br>• The address '1850 SW 8th Street Miami, FL' is also associated with Canan Rehabilitation Center Inc and Pink Roses Medical Center.<br>• In a search warrant executed at Fernandez's residence on February 23, 2023, Agents located a box containing medical clinic files and patient files, including a folder labeled Mateo Medical Center Inc containing incorporation documents. | • 1 patient also billed by Blue Diamond Rehabilitation Center LLC, Fenix Medical Center LLC, Mateo Rehabilitation Center LLC<br>• 3 patients also billed by Hope Rehabilitation Center LLC<br>• 1 patient also billed by Love Massage Medical Center Inc<br>• 1 patient also billed by Fernandez Medical Center LLC, Malika Rehabilitation Center LLC, Maxine Med Center LLC<br>• 1 patient also billed by Boise Medical Center Inc, Fenix Medical Center LLC<br>• 1 patient also billed by Friend Rehabilitation Center LLC, Mateo Rehabilitation Center LLC<br>• 1 patient also billed by Fenix Medical Center LLC, Maxine Med Center LLC<br>• 1 patient also billed by Amethyst Rehabilitation Center Inc, LDG Medical Center LLC<br>• 1 patient also billed by Blue Diamond Rehabilitation Center LLC, Fenix Medical Center LLC, Mateo Rehabilitation Center LLC |
| **Pink Roses Medical Center Inc** | 7/17/2022 | 10/27/2022 | $850,320.00 | $112,856.11 | • <u>Principal Address</u>: 1850 SW 8th Street Suite 307 Miami, FL 33135 | • The address '1850 SW 8th Street Miami, FL' is also associated with Mateo Medical Center Inc and Canan Rehabilitation Center Inc. | • 1 patient also billed by Artemisa Rehab Center Corp, Prado Rehabilitation Center LLC<br>• 1 patient also billed by Boise Medical Center Inc<br>• 1 patient also billed by Lovely Medical Center Inc<br>• 1 patient also billed by Blue Diamond Rehabilitation Center LLC, Fenix Medical Center LLC<br>• 1 patient also billed by Maxine Med Center LLC<br>• 1 patient also billed by Amethyst Rehabilitation Center Inc, LDG Medical Center LLC, San Judas Tadeo Physical Therapy Center LLC<br>• 1 patient also billed by Elite Med Center Corp, Gregoria Medical Center Corp<br>• 1 patient also billed by Mateo Rehabilitation Center LLC |
| **Wonder Pain Medical Center Inc** | 2/10/2022 | 4/12/2022 | $954,095.00 | $125,925.35 | • <u>Principle Address</u>: 222 SW 81st Ave Miami, FL 33144<br>• <u>Initial Principle Address</u>: 8100 Flagler Street Suite 200D Miami, FL 33144 | • One patient whose insurance was billed here stated that he was recruited by a coworker to attend clinics associated with **Fernandez**. He stated **Fernandez** gave him paperwork to sign at clinics he visited and stated he was paid by **Fernandez** for visiting clinics. He also stated he never went to a clinic named Wonder Pain Medical Center Inc.<br>• One patient stated they were referred to a clinic by **Fernandez** and given the contact information for the person at this new clinic. The individual they spoke to regarding this clinic was **Leidys Delmas Garcia**. The patient believed the name of this clinic was something like 'Wonderful Pain Clinic.' | • 1 patient also billed by Malika Rehabilitation Center LLC, Mateo Rehabilitation Center LLC, Maxine Med Center LLC<br>• 1 patient also billed by Amethyst Rehabilitation Center Inc<br>• 1 patient also billed by Prado Rehabilitation Center LLC<br>• 1 patient also billed by Hernandez Medical Center LLC, Herrera Medical Center LLC, Isaias Medical Center LLC, Jade Medical Center LLC, Love Massage Medical Center Inc, Onyx Medical Center LLC, Pain Relief Center of Hialeah LLC, Yemaya Medical Center LLC<br>• 1 patient also billed by Blue Diamond Rehabilitation Center LLC, Fenix Medical Center LLC<br>• 1 patient also billed by Elite Med, Hernandez Medical, Lovely Medical, Malika Rehabilitation Center LLC, Pain Relief Center, Phoenix Rehab, Prado Rehabilitation Center LLC<br>• 1 patient also billed by Artemisa Rehab Center Corp, LDG Medical, San Judas Tadeo<br>• 1 patient also billed by Gregoria Medical Center Corp, Love Massage Medical Center Inc<br>• 1 patient also billed by Fernandez Medical, Hernandez Medical, Herrera Medical, Isaias Medical Center LLC, Lovely Medical, Onyx Medical Center LLC, Pain Relief Center of Hialeah LLC<br>• 1 patient also billed by Blue Diamond, Friend Rehabilitation Center LLC, Pain Relief Center<br>• 1 patient also billed by Amethyst Rehabilitation Center Inc, LDG Medical, San Judas Tadeo<br>• 1 patient also billed by Artemisa Rehab, Lovely Medical, The Best Always For You LLC<br>• 1 patient also billed by Fenix Medical Center LLC, Prado Rehabilitation Center LLC<br>• 1 patient also billed by Elite Med Center Corp, Fernandez Medical Center LLC, Hernandez Medical Center LLC, Herrera Medical Center LLC, Isaias Medical Center LLC, Love Massage Medical Center Inc, Onyx Medical Center LLC, Pain Relief Center of Hialeah LLC<br>• 1 patient also billed by Elite Med, Fernandez Medical, Gregoria Medical, LDG Medical, Lovely Medical Center Inc<br>• 1 patient also billed by LDG Medical, San Judas Tadeo |
| | **Total** | | $7,316,505.00 | $1,506,367.22 | | | |