

# Registration Summary

**Legal Business Name:**
GENESIS MEDICAL CENTER .,.CORP

**EIN:**
882322741

**Specialty:**
Physical Therapy Center

**Taxonomy Type:**
Ambulatory Health Care Facilities

## NPI Details

| NPI | NPI Effective Date |
| --- | --- |
| 1467188557 | 11/08/2022 |

## Payment Address Details

**Street Address 1:**
1150 NW 72ND AVE

**Street Address 2:**
STE 520

**City:**
MIAMI

**State:**
FL

**Zip Code:**
33126-1936

**Payment Phone:**
786-542-5959

**Payment Fax:**
786-558-4449

## Mailing Address Details

**Street Address 1:**
1150 NW 72ND AVE

**Street Address 2:**
STE 520

**City:**
MIAMI

**State:**
FL

**Zip Code:**
33126-1936

**Mailing Address Phone:**
786-558-5959

**Mailing Address Fax:**
786-558-4449

## Service Location Details (Primary)

**Street Address 1:**
1150 NW 72ND AVE

**Street Address 2:**
STE 520

**City:**
MIAMI



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20560-KMW

EXHIBIT NO. 5

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

GOV04-000325

**State:**
FL

**Zip Code:**
33126-1936

**Appointment Phone:**
786-542-5959

**Office Fax:**
786-558-4449

**Office Email:**
genesismedical2023@gmail.com

**Office Contact First Name:**
LEINIEL

**Office Contact Last Name:**
ANTUNEZ

# Office Hours

| Day | Open | Appointment Only | Hours |
|-----|------|------------------|-------|
| SUNDAY | No | N | 8:30 AM to 5:00 PM |
| MONDAY | Yes | Y | 9:00 AM to 5:00 PM |
| TUESDAY | Yes | Y | 9:00 AM to 5:00 PM |
| WEDNESDAY | Yes | Y | 9:00 AM to 5:00 PM |
| THURSDAY | Yes | Y | 9:00 AM to 5:00 PM |
| FRIDAY | Yes | Y | 9:00 AM to 5:00 PM |
| SATURDAY | No | N | 8:30 AM to 5:00 PM |

**Office Staff Languages Spoken:**

,

## Key Staff Details

| Do you have a Medical Director? | | No |
| Reason for no Medical Director: | | EXEMPTION LETTER |

| Name | SSN | Position | Government Issued ID# |
|------|-----|----------|------------------------|
| LEINIEL ANTUNEZ | ▮▮▮▮▮ | Owner | DL▮▮▮▮▮ |
| LEINIEL ANTUNEZ | N/A | Office Manager | DL▮▮▮▮▮ |

## ID Type Details

| ID Type | ID Number |
|---------|-----------|
| DEA | 1111 |

## License And Certification Details

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

GOV04-000326

| Document Type | Lic/Cert Type | Lic/Cert Status | Lic/Cert Body | Lic/Cert Number | Lic/Cert State | Lic/Cert Qualificaion | Orig Issue Date | License Expiration Date |
|---|---|---|---|---|---|---|---|---|
| Optional | Certificate of Exemption | Clear Active | State | ARPN11013 826 | FL | | 10/14/2021 | 04/30/2023 |

| Professional History Details | |
|---|---|
| Have you had any final adverse legal action(s) or penalties due to falsification of documentation? | No |
| Have you elected to Opt Out of Medicare? | No |
| Are you presently or have you ever been excluded from participation in any Federal health care program, including Medicare and Medicaid, or any Federal contract? | No |

**Final Adverse Legal Actions/Penalties for Falsification of Information**

By attesting to this document, you are attesting to the commitment not to commit the adverse acts and crimes (collectively 'Offenses') listed below. If there is a conviction, plea of nolo contendere or adverse event related to the Offenses listed below, please provide that information in the subsection below labeled 'Final Adverse History'. Please report all final adverse legal actions, regardless of whether any records were expunged or appeals are pending.

Offenses Include:

- Violation(s) of Florida Statute §456.054, the Florida prohibition of kickbacks, punishable as a felony of the third degree under Florida law, per F.S. §817.505(4).

- Violation(s) of the Federal anti-kickback statute, found at Section 1128B-7(b) of the Act, punishable by penalties of $25,000 per violation or up to five (5) years imprisonment, or both.

- Violation(s) of Florida Statute §817.234, submission of False and Fraudulent Insurance Claims, punishable as a felony of the third, second or first degree under Florida law. Violation(s) of §817.234 can also be prosecuted and punished under Federal law 18 U.S.C. §1001, which subjects the offender to fines of up to $250,000 and imprisonment for up to five (5) years.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

GOV04-000327

- Violation(s) of Florida Statute §458.331, the Florida Patient Brokering provisions, which could result in denial of a license or disciplinary action by the Florida Board of Medicine.

- Violation(s) of the Federal Civil False Claims Act, 31 U.S.C. §3729, which imposes civil penalties of $5,000 to $10,000 per violation, plus three (3) times the amount of damages sustained by the Government. Additionally, section 1128A(a) (1) of the Act imposes civil liabilities for false claims of $10,000 per claim and up to three times the amount of damages sustained by the Government, as well as possible exclusion from Federal health care programs.

- Felony crimes under Federal or State law against persons and other similar crimes for which the individual was convicted, including guilty pleas and adjudicated pre-trial diversions; financial crimes, such as extortion, embezzlement, income tax evasion, insurance fraud and other similar crimes for which the individual was convicted, including guilty pleas and adjudicated pre-trial diversions; any felony that placed the Medicare program or its beneficiaries at immediate risk (such as a malpractice suit that results in a conviction of criminal neglect or misconduct), such felonies carrying with them federal criminal penalties under 18 U.S.C. §1347, including significant financial penalties and prison terms ranging from ten (10) years to life imprisonment; and any felonies other than those identified herein that would result in a mandatory exclusion from Medicare or Medicaid.

- Any felony or misdemeanor conviction, under Federal or State law, related to: (a) the delivery of an item or service under Medicare or a State health care program, or (b) the abuse or neglect of a patient in connection with the delivery of a health care item or service, or (c) the theft, fraud, embezzlement, breach of fiduciary duty, or (d) the interference with or obstruction of any investigation into any criminal offense described in 42 C.F.R. Section 1001.101 or 1001.201, or (e) the unlawful manufacture, distribution, prescription, or dispensing of a controlled substance.

- Any revocation or suspension of payment, or suspension or revocation of participation by Medicare or Medicaid, or any revocation or suspension of a license to provide health care any State licensing authority, any debarment from participation by any owner, officer, employee or contractor/subcontractor of the entity in any Federal Executive Branch procurement or non-procurement program, or any revocation of accreditation by an accrediting authority.

- Violation(s) of Federal or State government common law claims such as "common law fraud," "money paid by mistake," and "unjust enrichment." Remedies include compensatory and punitive damages, restitution, and recovery of the amount of the unjust profit.

**Certification Statement**

An **authorized official** means an appointed official (for example, chief executive officer, chief financial officer, general partner, chairman of the board, or direct owner) to whom the Provider has granted the legal authority to conduct day-to-day business and to apply for a Provider number, to make changes or updates to the Provider's status in the Medicare program, and to commit the organization to fully abide by the statutes, regulations, and program instructions of the Plan and the Medicaid and Medicare program.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**GOV04-000328**

A **delegated official** means an individual who is delegated by an authorized official as the authority to report changes and updates to the Provider's enrollment record. A delegated official must be an individual with an "ownership or control interest" in (as that term is defined in Section 1124(a)(3) of the Social Security Act), or be a W-2 managing employee of, the Provider.

Delegated officials may not delegate their authority to any other individual. Only an authorized official may delegate the authority to make changes and/or updates. Even when delegated officials are reported in this application, an authorized official retains the authority to make any such changes and/or updates by providing his or her printed name, signature, and date of signature.

By his/her attestations, an authorized official binds the Provider to all of the requirements listed in the Certification Statement and acknowledges that all the information in this Registration Form is true and accurate. By his/her attestation, the authorized official also commits to updating key information when any such information materially changes within ten (10) days of the material change.

**Only an authorized official has the authority to attest to the information submitted on this Provider Registration Form on behalf of the Provider. A delegated official does not have this authority.**The authorized official acknowledges Plan will also require this Registration Form to be updated every two (2) years in its entirety. **Each authorized and delegated official must have and disclose his/her Social Security Number.**

1. I authorize the Plan to verify the information contained herein. I agree to notify the Plan of any future changes to the information contained in this Registration Form in accordance with the timeframes set forth herein. I understand that any change in the business structure may require the submission of a new Registration Form.

2. I have read and understand the certification section and understand the penalties for falsifying information, as printed in this Registration Form. I understand that any deliberate omission, misrepresentation, or falsification of any information contained in this Registration Form or contained in any communication supplying information to the state or federal agency or authority or any deliberate alteration of any text on this Registration Form may be punished by criminal, civil, or administrative penalties including, but not limited to, the denial or revocation of and loss of a Provider number to bill, and/or the imposition of fines, civil damages, and/or imprisonment.

3. Neither this Provider, nor any five percent or greater owner, partner, officer, director, managing employee, authorized official, or delegated official thereof is currently sanctioned, suspended, debarred, or excluded by the Medicare or State Health Care Program, e.g., Medicaid program, or any other Federal program, or is otherwise prohibited from supplying services to Medicare or other Federal program beneficiaries.

4. I will not knowingly present or cause to be presented a false or fraudulent claim for payment to Plan by Medicare or Medicaid, and I will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity.

5. I certify that none of the owners, practitioners, providers or employees listed or that are employed by a Provider is currently sanctioned, suspended, debarred, or excluded from participation in Medicare, Medicaid, or a federal health care program. In addition, I certify that on at least an annual basis, Provider queries the List of Excluded Entities and Excluded Provider List Serve lists to verify that its owners, practitioners, providers and employees statuses have not changed.

**Confirmed and Attested By: (Provider or Authorized Offical ONLY)**

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

GOV04-000329

| **First Name:** | **Last Name:** | **Suffix:** |
|---|---|---|
| LENIEL | ANTUNEZ | First |

**Government Issued ID #:**

DL █████████

CONFIDENTIAL - SUBJECT
TO PROTECTIVE ORDER

GOV04-000330